# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>         Plaintiff,<br><br>    v.<br><br>NINO'S TIERRA, LLC,<br><br>         Defendant. | Case No. 1:20-cv-01599-NONE-SAB<br><br>ORDER VACATING ALL DATES AND MATTERS AND REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS WITHIN FORTY-FIVE DAYS<br><br>(ECF No. 7) |

On January 7, 2021, Plaintiff filed a notice that this matter has settled, and requests forty-five (45) days in which to file dispositive documents. (ECF No. 7.)

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and

2. Plaintiffs shall file dispositional documents within forty-five (45) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **January 7, 2021**

UNITED STATES MAGISTRATE JUDGE

1